## INDEX OF EXHIBITS

| No. | Description |
|---|---|
| 1 | Hoberman Answer |
| 2 | Highlighted Complaint Showing Admissions and Denials |
| 3 | Cameron Road Deed |
| 4 | POA Note |
| 5 | POA Deed of Trust |
| 6 | January 2012 POA Extension Agreement |
| 7 | January 2013 POA Extension Agreement |
| 8 | POA Transfer |
| 9 | June 2012 Note |
| 10 | June 2012 Note Deed of Trust |
| 11 | September 2013 Note |
| 12 | September 2013 Note Deed of Trust |
| 13 | Order Confirming 4709 Plan (with Plan Attached) |
| 14 | Proof of Claim No. 8 in 4709 Incorporated's 2014 Bankruptcy Case |
| 15 | Proof of Claim No. 10 in 4709 Incorporated's 2014 Bankruptcy Case |
| 16 | Proof of Claim No. 11 in 4709 Incorporated's 2014 Bankruptcy Case |
| 17 | Notice of Removal in Cash v. Sheridan et al. Adversary Proceeding |
| 18 | Order Dismissing 4709 Incorporated's 2014 Bankruptcy Case |
| 19 | Sheridan Declaration |
| 20 | Shannon Declaration |
| 21 | Hoberman's Motion for Leave to Foreclose Notwithstanding Receiver |
| 22 | Order on Hoberman's Motion for Leave to Foreclose |